UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT C. DENHAM JR., | Case No. 2:18-cv-00163-JCM-VCF |
| Plaintiff | ORDER |
| v. | |
| JAMES DZURENDA et al., | |
| Defendants | |

Presently before the court is plaintiff Robert Denham's ("plaintiff") "motion to process application for leave to proceed *in forma pauperis*." (ECF No. 11). No response has been filed, and the time to do so has passed. Also before the court is plaintiff's "motion for clarification." (ECF No. 14).

On January 9, 2019, the court entered an order dismissing this action, without prejudice, for lack of subject-matter jurisdiction. (ECF No. 7). Accordingly, the clerk entered judgment and closed the case. (ECF No. 9). Now, plaintiff requests that the court process his application for leave to proceed *in forma pauperis* and "clarify" the court's January 9, 2019, order dismissing the action. *See* (ECF Nos. 11, 14).

However, the court's previous order is clear that this action has been dismissed for lack of subject-matter jurisdiction. (ECF No. 7). Accordingly, this case has been closed, and no further filings shall be entertained by the court pursuant to this action. If plaintiff wishes to proceed on the claims asserted in this matter, he must file a new action that is void of the deficiencies noted by the court in its previous order. Plaintiff's motions are denied.

Accordingly,

IT IS ORDERED THAT plaintiff's motion to process application for leave to proceed *in forma pauperis* (ECF No. 11) be, and the same hereby is, DENIED.

1   IT IS FURTHER ORDERED that plaintiff's motion for clarification (ECF No. 14) be,

2   and the same hereby is, DENIED.

3       IT IS SO ORDERED.

4       DATED May 7, 2019.

5

6                                                           _____
                                            UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28